ÁLVAREZ, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS,
RECURRIDO.

No. 603.—*Sometido:* Noviembre 28, 1924.  *Resuelto:* Febrero 20, 1925.

VENTA CON PACTO DE RETRO—CUMPLIMIENTO DE CONDICIÓN RESOLUTORIA—NUEVA
INSCRIPCIÓN.—El comprador en una venta con pacto de retro no puede, ha-
ciendo constar en escritura pública que le ha sido devuelto el precio, obtener
la cancelación de la inscripción de la venta, pues el cumplimiento de las
condiciones resolutorias debe hacerse constar mediante una nueva inscripción
de acuerdo con el artículo 16 de la Ley Hipotecaria.

NOTA de *L. Marqués*, R. (Caguas), denegando cancelación de una
inscripción de venta con pacto de retro. *Confirmada.*

*A. L. López*, abogado del recurrente; el registrador compareció por
escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
bunal.

El recurrente compareció como comprador de una finca
con pacto de retracto convencional, ante un notario a quien
manifestó que a él le había sido devuelto el precio de la
venta de la referida finca y por tanto que deseaba cancelar
la inscripción en el registro. El Registrador de la Propie-
dad de Caguas denegó la referida cancelación por el funda-
mento de que el artículo 16 de la Ley Hipotecaria disponía
que el cumplimiento de las condiciones resolutorias o resci-
sorias deben constar por una nueva inscripción.

Sostiene el recurrente que el dueño y vendedor de la
finca a retro ha desaparecido y que no quiere figurar por
más tiempo con el título a dicha finca. Creemos que el
comprador, si lo estima necesario, podría quizá realizar su
propósito mediante una acción, pero de todos modos las
disposiciones del artículo 16 de la Ley Hipotecaria son man-
datorias y el registrador no está autorizado a hacer una ex-
cepción. El artículo 82 de la referida Ley Hipotecaria per-
mite una cancelación cuando el derecho está completamente
extinguido, pero el 16 prescribe la forma de hacerse la ope-
ración del registro y no tenemos discreción para variar la
ley.

*Debe confirmarse la nota recurrida.*